IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10523
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LONNIE CHARLES SMITH,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:94-CV-21
- - - - - - - - - -
May 18, 1998

Before JOLLY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

Lonnie Charles Smith appeals the denial of his motion to vacate, set aside, or correct sentence by a person in federal custody, filed pursuant to 28 U.S.C. § 2255. Smith has failed to argue all of the claims set forth in his original motion, thereby abandoning them on appeal. See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993). In his appeal brief, Smith argues claims that were not properly brought before the district court. We decline to review claims raised for the first time on appeal from

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the denial of a § 2255 motion.  See <u>United States v. Cervantes</u>, 132 F.3d 1106, 1109 (5th Cir. 1998).

AFFIRMED.